Judge Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-5170RJB |
| Plaintiff, | |
| v. | ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME FOR FILING OF PRETRIAL PLEADINGS |
| ANDRE TERRELL PARKER, | |
| Defendant. | |

After consideration of the above stipulated motion seeking an extension of two weeks, to May 6, 2009, for the filing of pretrial pleadings by both parties, said motion for extension is hereby GRANTED.

Both parties' pretrial filings such as trial briefs, proposed voir dire, and proposed jury instructions, are now due on or before May 6, 2009.

DATED this 21st day of April, 2009.

*Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:

s/ Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney

[Proposed] Order for Extension of Time for -- 1
Pretrial Pleadings/U.S. v. Parker, CR09-5170RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800